UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CV-60159-Cohn/Seltzer

SHAWN LEGARE,

    Plaintiff,

vs.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

    Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

All matters and things in dispute between the parties having been resolved, it is

STIPULATED and AGREED by the parties hereto that this action be dismissed with prejudice each party to bear their own fees and costs.

DATED this 11th day of April, 2014.

| | |
|---|---|
| DELL AND SCHAEFER, CHARTERED | CARLTON FIELDS JORDEN BURT, P.A. |
| Counsel for Plaintiff | Counsel for Defendant |
| 2404 Hollywood Boulevard | Miami Tower |
| Hollywood, Florida 33020 | 100 Southeast 2nd Street, Suite 4200 |
| Telephone No: (954) 620-8300 | Miami, Florida 33131 |
| Facsimile No: (954) 922-6864 | Telephone No: (305) 530-0050 |
| Email: cesar@diattorney.com | Facsimile No: (305) 530-0055 |
| Email: gdell@diattorney.com | Email: MGreenberg@cfjblaw.com |
| | |
| By:   _s/Cesar Gavidia_____ | By:   _s/Mark D. Greenberg_____ |
|     CESAR GAVIDIA, ESQ. |     MARK D. GREENBERG, ESQ. |
|     Florida Bar No: 015263 |     Florida Bar No: 283959 |
|     GREGORY M. DELL, ESQ. | |
|     Florida Bar No: 299560 | |