UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60159-CIV-COHN/SELTZER

SHAWN LEGARE,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Final Order of Dismissal With Prejudice [DE 16]. The Court has carefully reviewed the Joint Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own fees and costs; and

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 11th day of April, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record and pro se parties via CM/ECF.